STATE OF NEW JERSEY v. JACK DAWKINS.

October 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD J. BINDHAMMER.

October 30, 1973. Petition for certification denied.

WILSON LODGE v.
E. I. DuPONT DeNEMOURS AND COMPANY, INC.

October 30, 1973. Petition for certification denied.

THOMAS COOR, JR. v. FRIEDERIKE J. COOR.

October 30, 1973. Petition for certification denied. (See 124 *N. J. Super.* 341)

THOMAS COOR, JR. v.
FRIEDERIKE J. COOR AND JOHN CATON.

October 30, 1973. Petition for certification denied. (See 124 *N. J. Super.* 341)

ROBERT J. HALPIN v.
DELAWARE RIVER AND BAY AUTHORITY.

October 30, 1973. Petition for certification denied.